FILED
CLERK, U.S. DISTRICT COURT

03/30/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW JOSEPH BROWN,<br>  aka "MB(PM's open),"<br><br>    Defendant. | ED CR No. 5:22-cr-00088-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 1512(c)(1): Obstruction of Justice] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about February 8, 2022, and continuing through on or about February 9, 2022, in Riverside County, within the Central District of California, and elsewhere, defendant MATTHEW JOSEPH BROWN, also known as "MB(PM's open)," used facilities and means of interstate and foreign commerce, namely, the Internet and a cellular phone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, specifically, a fictional child whom defendant BROWN believed to be a

thirteen-year-old girl named "Adrian," to engage in sexual activity for which a person can be charged with a criminal offense, namely, Lewd and Lascivious Acts Upon a Child Under 14, in violation of California Penal Code Section 288(a), and Arranging a Meeting with a Minor for Lewd Purposes, in violation of California Penal Code Section 288.4(a)(1).

In attempting to commit this offense, defendant BROWN did something that was a substantial step toward committing the offense, including the following acts, among others:

1. On or about February 8, 2022, using his cellular device and Kik account, defendant BROWN exchanged chat messages with an undercover investigator ("UC") who was posing as the minor. Defendant BROWN exchanged the following chat message communications with the UC:

| | |
|---|---|
| Defendant BROWN | Hi there |
| UC | Hey |
| Defendant BROWN | That pfp is so cute |
| UC | Thanks (hearts emoji)<br><br>Where you from |
| Defendant BROWN | California. You? |
| UC | Me 2 |
| Defendant BROWN | Really? Where about<br><br>I'm in SoCal<br><br>How old ru?? |
| UC | Riverside<br><br>N you |
| Defendant BROWN | Rancho Cucamonga |

| | | |
|---|---|---|
| 1 | | I work in riverside |
| 2 | UC | (Woman tipping hand emoji) don't kno that place |
| 3 | Defendant BROWN | Ontario? |
| 4 | | I'm like 15-20 min from you. |
| 5 | | How old ru sweetie? |
| 6 | UC | Ohh I see |
| 7 | | U gonna tell on me (monkey covering mouth emoji) |
| 8 | Defendant BROWN | No, Why would I? |
| 9 | | |
| 10 | UC | I am 13 years old (monkey covering eyes emoji) |
| 11 | Defendant BROWN | Really. U like older guys? |
| 12 | UC | Still don't know where that is but I believe u |
| 13 | | Kinda |
| 14 | | |
| 15 | Defendant BROWN | Just kinda? |
| 16 | | Can you send me a pic of u right now |
| 17 | UC | Yea |
| 18 | | Not gonna share yet mayb later |
| 19 | | Don't kno |
| 20 | Defendant BROWN | Ok. I get it. I just wanna see but it's ok |
| 21 | UC | Mayb later |
| 22 | | I at least hv a pic on my profile! (tongue out winking emoji) |
| 23 | | |
| 24 | Defendant BROWN | No worries. I like younger girls like you hehe. That's really you? Soooo cute |
| 25 | | |
| 26 | UC | Thank u! |
| 27 | | So how old ru |
| 28 | | |

| | |
|---|---|
| Defendant BROWN | 27 to be honest  If that's ok? |
| UC | Dats not old! Yea it okay with me! As long as u don't care I'm 13 old<br><br>Hehehe |
| Defendant BROWN | I don't care.  I like younger girls.  Super fun and caring?<br><br>U like to show off your boobs with low cut tops? |
| UC | Only when I sneak out, or my grandma gets mad |
| Defendant BROWN | Mmmmmm. U love to make guys look at them?  I love boobs!!!!!!! |

2. On or about February 8, 2022, using his cellular device and Kik account, defendant BROWN exchanged additional chat messages with the UC, who was posing as the minor.  Defendant BROWN exchanged the following chat message communications with the UC:

| | |
|---|---|
| Defendant BROWN | U like guys staring at ur butt and boobs? |
| Defendant UC | Boobs cuz I don't hv a big butt<br><br>But love it when guys store |
| Defendant BROWN | Well let's meet up.  I can show u off. And then if u want u can suck my big cock. I'll let u learn on mine.<br><br>I'm super sweet and big,  I'll let you take your time when your ready |
| UC | Omg is it really big??? (monkey covering eyes emoji) |

4

| | |
|---|---|
| Defendant BROWN | Yes<br><br>But I'll let u suck or lick it as u want baby |
| UC | U just tell me how |
| Defendant BROWN | I will. I direct you. I'll let u learn slowly but push you gently<br><br>What will you wear for me??? |
| UC | Whatever u want maybe a low cut shirt for sure |

3. On or about February 8, 2022, using his cellular device and Kik account, defendant BROWN exchanged additional chat messages with the UC, who was posing as the minor. Defendant BROWN exchanged the following chat message communications with the UC:

| | |
|---|---|
| Defendant BROWN | Cute as fuck!!!  U wanna suck a huge cock and let my cum run down onto your tits?<br> I totally respect that. I'd never share your pic. Promise. |
| UC | Ok…u cum a lot |
| Defendant BROWN | Yessssssss |
| UC | Wyd right now (happy face emoji) |
| Defendant BROWN | Thinking about ur huge tits in a push up bra and u sucking my cock till I explode in ur mouth and train u to swallow<br>? |
| UC | How u gonna train me |

5

| | | |
|---|---|---|
| 1-5 | Defendant BROWN | Have u suck my cock head and lick my my cock shaft and balls.  Slowly use ur throat and pull ur top off to look at ur tits in a push-up bra.  Then cum in your mouth and maybe on ur face.  Then take u out to show u off in ur low cut shirt and do it again. |
| 6 | UC | Ur giving me butterflies (butterfly emoji) |
| 7-9 | Defendant BROWN | I wanna make sure u enjoy it and make sure u get shown off like you want. We will go to Ontario mills mall. I'll buy u whatever u want!!!!!!! |
| 10 | UC | (Smile emoji face) I heard of that mall it's huge |
| 11-12 | Defendant BROWN | Yes.  And u will get whatever u want if ur a bad lil girl. |
| 13-14 | UC | (Devil emoji) But we can't do anything crazy in public cuz I'm 13 okay |
| 15-17 | Defendant BROWN | U wanna be a cock slut don't u!! Showing off and sucking my cock all day<br>Nooooo no public play |
| 18-19 | UC | Hehehehhh<br>U got me all tingly |
| 20-24 | Defendant BROWN | Dressed up and playing as my daughter just teasing guys and me and maybe sucking them in my new truck<br>U will be the first girl so be topless in my truck and to suck my huge cocks<br>Cock* |

4.   On or about February 9, 2022, defendant BROWN drove from Jurupa Valley to Riverside, California, to a Taco Bell, in order to engage in sexual activity with "Adrian."

6

COUNT TWO

[18 U.S.C. §§ 1512(c)(1), 2(b)]

On or about February 9, 2022, in Riverside and San Bernardino Counties, within the Central District of California, and elsewhere, defendant MATTHEW JOSEPH BROWN, also known as "MB(PM's open)," knowingly and corruptly altered, destroyed, mutilated, and concealed, and willfully caused others to alter, destroy, mutilate, and conceal a record and object, namely, a cellular phone containing Kik chat logs, with the intent to impair the integrity and availability of the phone and Kik chat logs contained on that phone for use in an official proceeding, namely, a supervised release violation hearing in <u>United States v. Matthew Joseph Brown</u>, ED CR No. 14-0125-VAP.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

KAITLYN B. LASATER
Special Assistant United States Attorney
Riverside Branch Office